IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA I. PAYNE, | : | No. 1:22cv1517 |
|     Plaintiff | : | |
|   v. | : | (Judge Munley) |
| | : | (Chief Magistrate Judge Bloom) |
| BRAD RITCHEY, et al., | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, to wit, this 11th day of February 2025, before the court for disposition is Chief Magistrate Judge Daryl F. Bloom's report and recommendation ("R&R"), which proposes granting the defendants' motion for summary judgment and denying the plaintiff's motion for summary judgment.

No objections to the report and recommendation have been filed, and the time for such filing has passed. Therefore, in deciding whether to adopt the report and recommendation, the court must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(b) 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record to accept the recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After a careful review, the court finds neither a clear error on the face of the record nor a manifest injustice, and therefore, the court shall adopt the report and recommendation. It is hereby **ORDERED** as follows:

1) The Chief Magistrate Judge's report and recommendation (Doc. 65) is **ADOPTED**;

2) The plaintiff's motion for summary judgment (Doc. 45) is **DENIED**;

3) The defendants' motion for summary judgment (Doc. 57) is **GRANTED**;

4) The Clerk of Court is directed to enter judgment in favor of the defendants and against the plaintiff and to **CLOSE** this case.

BY THE COURT:

*s/ Julia K. Munley*
**JUDGE JULIA K. MUNLEY**
**United States District Court**